NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SANDY N. LEAL (Cal. Bar No. 207179)
Assistant United States Attorney
Santa Ana Branch Office
    Ronald Reagan Federal Bldg. & United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone:  (714) 338-3531
    Facsimile:  (714) 338-3564
    E-mail:     Sandy.Leal@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT | No. 8: 18-MJ-077 |
|---|---|
| | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER UNSEALING DOCUMENTS; DECLARATION OF SANDY N. LEAL |
| | **(UNDER SEAL)** |

    The government applies ex parte for an order directing that the search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as this ex parte application, the declaration of Sandy N. Leal, and this Court's sealing order, be unsealed.

    This ex parte application is based on the attached declaration

//

//

//

1  of Sandy N. Leal, and the records and files in this case, including

2  the application for search warrant and attachments thereto.

3

4  Dated: 3/6/2018                        Respectfully submitted,

5                                         NICOLA T. HANNA
                                          United States Attorney
6
                                          LAWRENCE S. MIDDLETON
7                                         Assistant United States Attorney
                                          Chief, Criminal Division
8

9                                         _____

                                          SANDY N. LEAL
10                                        Assistant United States Attorney
                                          Santa Ana Branch Office
11
                                          Attorneys for Applicant
12                                        UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SANDY N. LEAL

I, Sandy N. Leal, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the investigation of this matter, in which the government submitted an affidavit in support of a search warrant.

2.   On March 1, 2018, the above-captioned search warrant was executed.  Accordingly, the public disclosure concerns related to the unexecuted search warrant no longer exist.

3.   Accordingly, the government requests that the search warrant and all attachments thereto, the application for the search warrant and all attachments thereto, as well as this ex parte application, this declaration, and this Court's sealing order, be unsealed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED:  3/6/2018

_____
SANDY N. LEAL

1