AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
для
Central District of California

ORIGINAL

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   8:18-MJ-077
2005 Cadillac STS, grey in color, California license plate )
5LHM386, vehicle identification number )
1G6DC67A4501418701 )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Central___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before   __14 days from the date of its issuance__
                                                                *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __on duty at the time of the return through a filing with the Clerk__'s Office.
                                                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   2-28-18 @ 11:40 a.m.       _____/s/_____
                                                        *Judge's signature*

City and state:   Santa Ana, CA                    JOHN D. EARLY
                                                    *Printed name and title*

AUSA: S. Leal x 3531

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:18-MJ-077 | Date and time warrant executed: 3-1-18   1735 | Copy of warrant and inventory left with: In vehicle, Natalie Sweida |
| Inventory made in the presence of: SA James Sanders | | |

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

1. $1,031.00 in U.S. currency.
2. Samsung smart phone.
3. Bag of unknown pills.
4. Bag of unknown pills.
5. Bag of suspected heroin.
6. Bag of assorted ammunition (43 rounds 9mm)

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 3-5-18

Executing officer's signature

SA Ryan Averill
Printed name and title

**ATTACHMENT A-1**

SUBJECT VEHICLE TO BE SEARCHED:

2005 Cadillac STS, grey in color, California license plate 5LHM386, vehicle identification number 1G6DC67A4501418701.

i

## ATTACHMENT B

<u>ITEMS TO BE SEIZED</u>

Evidence, instrumentalities, fruits and contraband concerning violations of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Sections 922(a)(1)(A) and (g)(1), as follows:

1. Narcotics, paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades and plastic bags.

2. Paraphernalia for packaging cash drug proceeds including heat sealing devices, plastic packaging for cash, rubber bands, and money counting devices.

3. Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to distribution of controlled substances.

4. Books, records, receipts, notes, ledgers, airline tickets, money orders, wire transfer or money remittance records, and other records related to the receipt, expenditure and concealment or other disposition of income.

5. Cash, currency, financial instruments, and records relating to controlled substances income and expenditures of proceeds of drug transactions, and evidence of financial transactions relating to obtaining, transferring, secreting, or spending of large sums of money made from engaging, in drug trafficking activities.

     6.   Photographs of individuals, associates, their property and their drugs.

     7.   Records reflecting names, nicknames, addresses, and telephone numbers of both current and past drug associates.

     8.   Safes, safety deposit boxes, keys for safety deposit boxes, hidden compartments and other secure locations, which often contain the proceeds of narcotics trafficking activity, including large amounts of United States currency, financial instruments, precious metals, jewelry, and other items of value, as well as books and records regarding the acquisition, use, and disposition of such items of value.

     9.   Canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents and keys.

     10.   Documents related to rental, lease, or ownership of the search sites identified herein.

     12.   Firearms, ammunition, firearm magazines and any other weapon utilized to protect drugs, cash, and assets.